Argued and submitted July 27, 1993, affirmed February 16, 1994

STATE OF OREGON,
*Appellant,*

*v.*

SHANE LAMARR DAVIS,
*Respondent.*

(C920364CR; CA A75521)

868 P2d 787

Jonathan H. Fussner, Assistant Attorney General, argued the cause for appellant. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Sally L. Avera, Public Defender, argued the cause and filed the brief for respondent.

Before Deits, Presiding Judge, and Richardson, Chief Judge, and Riggs, Judge.*

PER CURIAM

Affirmed. ORS 138.222(2)(d); *State v. Adams,* 315 Or 359, 847 P2d 397 (1993); *State v. Kilborn,* 120 Or App 462, 852 P2d 935 (1993); *State v. Johnston,* 120 Or App 165, 851 P2d 1156, *rev den* 317 Or 272 (1993).

---

* Riggs, J., *vice* Durham, J.